IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FRANKIE DOYLE DECKARD, JR.**                                                                 **PLAINTIFF**

V.                                    CASE NO. 5:23-CV-5028

**DEPUTY MEGAN RUTLEDGE;**
**LIEUTENANT TYLER ROSS;**
**SERGEANT KENNETH COGDILL;**
**and LIEUTENANT GREG HOBBLEMAN**                                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on August 8, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute the case, failure to obey court orders, and failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 28th day of August, 2023.

                                            */s/ Timothy L. Brooks*
                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE